IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUADRAY HOBBS , | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00227-TES-CHW |
| | * |
| DOOLY STATE PRISON, et al., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 26th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk